UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY BELTRAN,<br><br>    Petitioner,<br><br>    v.<br><br>A. A. LAMARQUE,<br><br>    Respondent. | 1:04-CV-5506 OWW LJO HC<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE<br>(DOCUMENT #30) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On June 21, 2005, petitioner filed a motion to extend time to file a traverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file his traverse.

IT IS SO ORDERED.

**Dated:   July 21, 2005**                                **/s/ Lawrence J. O'Neill**
23ehd0                                                                  UNITED STATES MAGISTRATE JUDGE